Argued and submitted January 17, decision of the Court of Appeals affirmed by an equally divided court; order of the Secretary of State reversed April 29, 1997

David PICRAY,
*Respondent on Review,*

*v.*

SECRETARY OF STATE,
*Petitioner on Review.*

(CA A85293; SC S43537)

936 P2d 974

Rives Kistler, Assistant Attorney General, Salem, argued the cause for petitioner on review. With him on the petition were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

David C. Force, Eugene, argued the cause and filed a response for respondent on review.

Before Carson, Chief Justice, and Gillette, Van Hoomissen, Fadeley, Graber, and Durham, Justices.**

MEMORANDUM OPINION

The decision of the Court of Appeals is affirmed by an equally divided court. The order of the Secretary of State is reversed.

---

** Kulongoski, J., did not participate in the consideration or decision of this case.